FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 27 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>Nguyen, Phong Vu<br>            Defendant. | Case No.: SACR 08-103-DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backgrd, cmty ties unknown; bail resources unknown; conduct in not complying w/supervision conditions; ongoing_

1. _Substance abuse problem_
2. 
3. and/or
4. B. [X] The defendant has not met his/her burden of establishing by clear and
5. convincing evidence that he/she is not likely to pose a danger to the safety of any
6. other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7. finding is based on _criminal history record; violation_
8. _history record; substance abuse history_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 5/27/11

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE